# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    Case No.: CR 08-604 PSG
                             )
              Plaintiff,     )
                             )
       vs.                   )    ORDER OF DETENTION AFTER HEARING
                             )    [Fed.R.Crim.P. 32.1(a)(6);
                             )     18 U.S.C. 3143(a)]
                             )
              Defendant.     )
                             )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____CD/CA_____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✗)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____PSA factors_____

1 _____

2 _____

3 _____

4   and/or

5 B.   ( )   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on:_____

10   _____

11   _____

12   _____

13

14   IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:   9/30/13

18

19

20   UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28